IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00526-PAB-MJW

RICHFIELD HOSPITALITY, INC.,

Plaintiff(s),

v.

SHUBH HOTELS PITTSBURGH, LLC., et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Plaintiff's Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting Due to Plaintiff's Pending Motions Pursuant to Fed.R.Civ.P. 55(a) & (b)(2) **(Docket No. 18)** is **granted**. Accordingly, the Scheduling Conference set for July 1, 2010, at 11:00 a.m. is **VACATED**.

Date: June 23, 2010