# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   10-cv-00526-PAB-MJW             FTR - Courtroom A-502

**Date:**   June 08, 2011                              Courtroom Deputy, Ellen E. Miller

|    *Parties*    |    *Counsel*    |
|---|---|
| RICHFIELD HOSPITALITY, INC., | Barbara A. Grandjean |
|  | Justin H. Weyerhaeuser |
| Plaintiff(s), |  |
| v. |  |
| SHUBH HOTELS PITTSBURGH, LLC, | - - - - - |
| SHUBH HOTELS DETROIT, LLC, and |  |
| ATUL BISARIA, |  |
| Defendant(s). |  |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS   CONFERENCE**
**Court in Session:**   10:30 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

Plaintiff makes an Oral Motion to Withdraw its Motion to Correct Judgment.


**It is ORDERED:**     Plaintiff's ORAL MOTION TO WITHDRAW its Motion to Correct Judgment
                    ... is GRANTED, and,
                    Plaintiff's MOTION TO CORRECT JUDGMENT PURSUANT TO FED. R.
                     CIV. P. 60(a) OR IN THE ALTERNATIVE TO ALTER OR AMEND
                    JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) [Docket No. **26**, Filed
                    December 27, 2010] is **WITHDRAWN  without prejudice.**

Plaintiff anticipates filing at least five (5) motions in a sequence addressing chronological events in this case:
One to vacate original default judgment against Detroit LLC
One to consider a *new* motion for default judgment against Detroit LLC
One to dismiss claims against Shubh Hotels Pittsburgh LLC only
One to default judgment against Mr. Basaria on the promissory note concerning the Pittsburgh property
One to address dollar specific amount on judgment amount against Mr. Basaria as to Detroit property

The Court directs Plaintiff to file the initial two (2) motions **on or before JUNE 17, 2011.**  Within five (5) days of receiving rulings on those motions, the Plaintiff shall file its next motion(s) to move the case towards resolution.

Hearing concluded.
**Court in recess:**   10:51 a.m.
Total In-Court Time 00: 21

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.