IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00526-PAB-MJW

RICHFIELD HOSPITALITY, INC., a Colorado corporation,

    Plaintiff,

v.

SHUBH HOTELS PITTSBURGH, LLC, a Florida limited liability company,
SHUBH HOTELS DETROIT, LLC, a Florida limited liability company, and
ATUL BISARIA, an individual,

    Defendants.

_____

## ORDER
_____

    This matter is before the Court on plaintiff's motion to dismiss all claims against defendant Shubh Hotels Pittsburgh, LLC [Docket No. 30]. The Court is fully apprised of the motion's premises. It is

    **ORDERED** that plaintiff's motion to dismiss all claims against defendant Shubh Hotels Pittsburgh, LLC [Docket No. 30] is granted. All of plaintiff's claims against defendant Shubh Hotel Pittsburgh, LLC are dismissed without prejudice.

    DATED June 15, 2011.

                                          BY THE COURT:

                                          s/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge